# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:10cv35
### [Criminal Case No. 1:07cr34]

| | |
|---|---|
| KEVIN A. HARPER, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>_____) | **ORDER** |

**THIS MATTER** is before the Court on the Petitioner's Motion under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [Doc. 1].

Having conducted an initial review of the motion and the record, the Court finds that the United States Attorney should file an answer, motion or other response. <u>Rules Governing Section 2255 Proceedings for the United States District Courts</u>, Rule 4(b).

**IT IS, THEREFORE, ORDERED** that on or before forty (40) days from entry of this Order, the United States Attorney shall file an answer, motion or other response to the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence.

Signed: March 13, 2010

Martin Reidinger
United States District Judge